UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SIMON ISAKOV, *on behalf of himself and all others similarly situated*,

                          Plaintiff,                    25-CV-01975 (JAV)

                -v-                                        <u>ORDER</u>

S. RICCI AMERICAN, INC.,

                        Defendant.
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to the Court's Order dated March 12, 2025, ECF No. 5, the parties were required to file a joint letter and proposed Civil Case Management Plan and Scheduling Order, the contents of which are described therein, by July 1, 2025. To date, the parties have not filed the joint letter and proposed Civil Case Management Plan and Scheduling Order. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **July 3, 2025**.

      SO ORDERED.

Dated: July 2, 2025                                      _____
      New York, New York                         JEANNETTE A. VARGAS
                                                          United States District Judge